IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS, INC., a Delaware corporation, et al., | : | Case No. 07-10416(KJC) |
| | : | |
| | : | Jointly Administered |
| Debtors, | : | |
| | : | |
| ───────────────────── | : | |
| | : | |
| GREGORY J. SCHROEDER, MICHELLE PARKER, MARTIN WARREN, STEVE HOLLAND, NABIL BAWA AND THE AD HOC COMMITTEE OF BENEFICIARIES OF THE NEW CENTURY FINANCIAL CORPORATION DEFERRED COMPENSATION PLAN AND/OR SUPPLEMENTAL EXECUTIVE RETIREMENT/SAVINGS PLANS, | : | |
| | : | |
| Appellants, | : | |
| | : | |
| v. | : | |
| | : | |
| NEW CENTURY TRS HOLDINGS, INC., a Delaware corporation, et al., | : | |
| | : | |
| Appellees. | : | |

**APPELLEE-DEBTORS' DESIGNATION OF ADDITIONAL
ITEMS TO INCLUDE IN RECORD ON APPEAL**

The New Century Liquidating Trust and Reorganized New Century Warehouse Corporation, successors-in-interest to the debtors and debtors in possession in the above-captioned chapter 11 cases and the Appellees herein, by and through counsel and pursuant to Federal Rule of Bankruptcy Procedures 8006 and Local Rule 8006(a), hereby respectfully submit their designation of additional items to be included in the record on appeal, which is attached hereto as Exhibit 1.

Dated this 4th day of August, 2008.

/s/ Bonnie Glantz Fatell
BLANK, ROME LLP
Bonnie Glantz Fatell (No. 3809)
1201 Market Street, Suite 800
Wilmington, Delaware 19801
(302) 425-6400 - Telephone
(302) 425-646 - Facsimile

- and -

Mark S. Indelicato
Mark T. Power
Janine M. Cerbone
Huria S. Naviwala
HAHN & HESSEN LLP
488 Madison Avenue, 15th Floor
New York, New York 10022
(212) 478-7200 - Telephone
(212) 478-7400 - Facsimile

Co-Counsel to the New Century Liquidating Trust, the Liquidating Trustee, and the Plan Administrator for Reorganized New Century Warehouse Corporation

Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Christopher M. Samis (No. 4909)
RICHARDS, LAYTON & FINGER, P.A.
P.O. Box 551
One Rodney Square
920 North King Street
Wilmington, DE 19899
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

- and -

Suzzanne Uhland
Ben H. Logan
Andrew M. Parlen
O'MELVENY & MYERS LLP
275 Battery Street
San Francisco, California 94111
(415) 984-8700

Co-Counsel to the New Century Liquidating Trust, the Liquidating Trustee, and the Plan Administrator for New Century Warehouse Corporation

# EXHIBIT 1

## DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN RECORD ON APPEAL

| NO. | TITLE OF DESIGNATED ITEM | DATE FILED | DOCKET NUMBER IN BANKR. CASE NO. 07-10416 |
|---|---|---|---|
| 1. | Emergency Motion for an Order Directing the United States Trustee to Appoint an Official Committee of Plan Beneficiaries Pursuant to 11 U.S.C. § 1102(a)(2) | 4/18/2007 | 307 |
| 2. | Objection of the United States Trustee to the Emergency Motion of Gregory J. Schroeder, et al. for an Order Directing the United States Trustee to Appoint an Official Committee of Plan Beneficiaries Pursuant to 11 U.S.C. § 1102(a)(2) [Docket No. 307] | 4/30/2007 | 478 |
| 3. | Response of the Official Committee of Unsecured Creditors to the Emergency Motion for an Order Directing the United States Trustee to Appoint an Official Committee of Plan Beneficiaries Pursuant to 11 U.S.C. § 1102(a)(2) [Docket No. 307] | 5/3/2007 | 522 |
| 4. | Reply Memorandum of Plan Beneficiaries to (1) Obligation of the United States Trustee and (2) Response of the Official Committee of Unsecured Creditors to the Emergency Motion for an Order Directing the United States Trustee to Appoint an Official Committee of Plan Beneficiaries Pursuant to 11 U.S.C. § 1102(a)(2) | 5/4/2007 | 541 |
| 5. | Order Denying Emergency Motion of Plan Beneficiaries for an Order Directing the United States Trustee to Appoint an Official Committee of Plan Beneficiaries Pursuant to 11 U.S.C. § 1102(a)(2) | 5/22/2007 | 834 |
| 6. | Schedules of Assets and Liabilities re: New Century Financial Corporation | 5/31/2007 | 1004 |
| 7. | Schedules of Assets and Liabilities re: New Century TRS Holdings, Inc. | 5/31/2007 | 1005 |
| 8. | Final Report of Michael J. Missal Bankruptcy Court Examiner (Complete Document) | 3/26/2008 | 5518 |
| 9. | Request for Certification of Direct Appeal to the United States Court of Appeals for the Third Circuit (With Incorporated Memorandum of Law) | 7/25/2008 | 8647 |

## EXHIBIT 1

| NO. | TITLE OF DESIGNATED ITEM | DATE FILED | DOCKET NUMBER IN BANKR. CASE NO. 07-10416 |
|---|---|---|---|
| 10. | Motion to Stay Order Confirming Plan of Reorganization Pending Appeal Pursuant to Federal Rule of Bankruptcy Procedure 8005 | 7/29/2008 | 8673 |
| 11. | Memorandum of Law in Support of Motion to Stay Order Confirming Plan of Reorganization Pending Appeal Pursuant to Federal Rule of Bankruptcy Procedure 8005 | 7/29/2008 | 8674 |
| 12. | Notice of (I) Entry of Order Confirming Second Amended Joint Chapter 11 Plan of Liquidation of the Debtors and the Official Committee of Unsecured Creditors Dated as of April 23, 2008 (II) Effective Date and (III) Bar Dates for Administrative Claims, Professional Fee Claims, Subordination Statements, and Rejection Damage Claims | 8/4/2008 | 8705 |

| NO. | TITLE OF DESIGNATED ITEM | DATE FILED | DOCKET NUMBER IN ADV. PRO. CASE NO. 07-51598 |
|---|---|---|---|
| 1. | Complaint by Gregory J. Schroeder, Michelle Parke R, Martin Warren, Steve Holland, Nabil Bawa, and the Ad Hoc Committee of Beneficiaries of the New Century Financial Corporation Deferred Compensation Plan and the against New Century Holdings, Inc., a Delaware Corporation, Wells Fargo Bank N.A. a/k/a Wells Fargo ITS, as trustee of the trust formed under the New Century Financial Corporation Supplemental Benefit and Deferred Compensation Trust Agreement, Harold A. Black, Frederic J. Foster, Donald E. Lange, and Michael M. Sachs, in their capacity as the Compensation Committee of the Board of Directors of New Century Financial Corporation and therefore, The Official Committee of Unsecured Creditors | 6/20/2007 | 1 |
| 2. | Motion to Dismiss Adversary Proceeding - The New Century Defendants' Motion to Dismiss | 7/25/2007 | 15 |

# **EXHIBIT 1**

| NO. | TITLE OF DESIGNATED ITEM | DATE FILED | DOCKET NUMBER IN ADV. PRO. CASE NO. 07-51598 |
|---|---|---|---|
| 3. | Opening Brief in Support of The New Century Defendants' Motion to Dismiss | 7/25/2007 | 16 |
| 4. | Joinder to the New Century Defendants' Motion to Dismiss (filed by The Official Committee of Unsecured Creditors) | 8/6/2007 | 18 |
| 5. | Answering Brief in Opposition to Motions to Dismiss Filed by the Debtors and the Official Committee of Unsecured Creditors | 8/20/2007 | 21 |
| 6. | Appendix (to Answering Brief in Opposition to Motions to Dismiss Filed by the Debtors and the Official Committee of Unsecured Creditors) | 8/20/2007 | 22 |
| 7. | Motion to Dismiss Adversary Proceeding (filed by Wells Fargo Bank N.A.) | 8/27/2007 | 23 |
| 8. | Brief Opening Brief in Support of Defendant Wells Fargo Bank N.A.'s Motion to Dismiss | 8/27/2007 | 24 |
| 9. | Joinder to (A) The New Century Defendants' Reply Brief in Support of Defendants' Motion to Dismiss and (B) Wells Fargo Bank N.A.'s Opening Brief in Support of Motion to Dismiss (filed by The Official Committee of Unsecured Creditors) | 9/6/2007 | 26 |
| 10. | Reply Brief in Support of the New Century Defendants' Motion to Dismiss | 9/6/2007 | 27 |
| 11. | Answering Brief in Opposition to the Motion to Dismiss by Defendant Wells Fargo Bank, N.A., as Trustee of the Deferred Compensation Plan Trust | 9/14/2007 | 31 |
| 12. | Reply Brief In Support of Defendant Wells Fargo Bank N.A.'s Motion to Dismiss | 9/21/2007 | 33 |
| 13. | Supplemental Brief in Support of Defendant Wells Fargo Bank N.A.'s Motion to Dismiss | 9/24/2007 | 35 |
| 14. | Brief / Supplement Pursuant to Local Rule 7007-1(B) in Further Support of Plaintiffs' Opposition to Motions to Dismiss | 11/14/2007 | 42 |
| 15. | Response to Plaintiffs' Supplement (filed by Wells Fargo Bank N.A.) | 12/5/07 | 43 |

**EXHIBIT 1**

| NO. | TITLE OF DESIGNATED ITEM | DATE FILED | DOCKET NUMBER IN ADV. PRO. CASE NO. 07-51598 |
|---|---|---|---|
| 16. | Order Denying Motion to Dismiss Adversary Proceeding | 4/23/2008 | 46 |
| 17. | Answer to Complaint for Declaratory Judgment and Other Equitable Relief - Class Action - Filed by The Official Committee of Unsecured Creditors | 5/13/2008 | 49 |
| 18. | Answer to Complaint (filed by Wells Fargo Bank N.A.) | 5/13/2008 | 51 |
| 19. | Answer to Complaint (The New Century Defendants' Answer to Plaintiffs' Complaint for Declaratory Judgment and Other Equitable Relief -- Class Action) | 5/13/2008 | 52 |